UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASEEB JAMIL MIKHAIL,<br><br>                         Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br><br>                        Respondents. | Case No.:  3:26-cv-0572-CAB-JLB<br><br>**ORDER DISMISSING CASE** |

    Petitioner Haseeb Jamil Mikhail filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  On February 9, 2026, Petitioner filed a notice of voluntary dismissal because he has been released from custody.  [Doc. No. 4.]  Respondents do not oppose.  [*Id.*]

    The Court therefore **DISMISSES** this action.  <u>The Clerk of the Court shall close the case.</u>

    It is **SO ORDERED**.

Dated: February 9, 2026

Hon. Cathy Ann Bencivengo
United States District Judge